395

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

**No. 66278.**—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protests 60/15649 and 60/15982 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

**No. 66279.**—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. *v.* United States, protests 60/21032, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

**No. 66280.**—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protest 60/28402 (New York).